LOUIS SCHEICHET et al., Copartners Doing Business as S. & S. Distributing Co., Respondents, v. HAROLD ISAACS, Doing Business as TECHNO MACHINE & TOOL Co., Appellant, and JACOB USDIN et al., Copartners Doing Business as MENDIN ENGINEERING COMPANY, Cross Defendants–Respondents.— Judgment unanimously modified by reducing the judgment to the sum of $4,844.48, with interest from November 1, 1946, and as so modified affirmed, with costs to the appellant.

No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.